*#106  #128215*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 JAN 12 PM 2: 37

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: HOPINGS-JONES, ARDENA )   Case No. 05-32036

)   Chapter 7

Debtor(s).   )   Judge: RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   #104  Citibank (South Dakota) N.A./BP Amoco Payment Center
   4300 Westown Parkway, West Des Moines, IA 50266    $400.88

2. Your Trustee's check for $400.88 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 1/6/2010

John N. Graham, Trustee

Cc: United States Trustee